```
BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $7,624.85 IN U.S. CURRENCY,<br><br>APPROXIMATELY $6,099.37 IN U.S. CURRENCY SEIZED FROM RIVER CITY BANK ACCOUNT NUMBER 1810009790, and<br><br>APPROXIMATELY $17,316.20 IN U.S CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 8123978010,<br><br>          Defendants. | 1:11-CV-01937-AWI-DLB<br><br>**APPLICATION AND ORDER FOR PUBLICATION** |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general

1  circulation or on the official internet government forfeiture site;

2      2.    Local Rule 171, Eastern District of California, provides that the Court
3  shall designate by order the appropriate newspaper or other vehicle for publication;

4      3.    The defendants approximately $7,624.85 in U.S. Currency (hereafter
5  "defendant currency"), approximately $6,099.37 in U.S. Currency seized from River
6  City Bank account number 1810009790, and approximately $17,316.20 in U.S.
7  Currency seized from Wells Fargo Bank account number 8123978010 (hereafter
8  collectively "defendant funds"), were seized on or about May 25, 2011, at 16044 Via
9  Este Road in Sonora, California and 3020 Floyd Avenue in Modesto, California,
10 respectively and are in the custody of the U.S. Marshals Service, Eastern District of
11 California. The Drug Enforcement Administation published notice of the non-
12 judicial forfeiture of the defendant funds on August 15, 22, and 29, 2011, in the
13 *Wall Street Journal*.  The Drug Enforcement Administration published notice of the
14 non-judicial forfeiture of the defendant currency on August 29, September 5, and
15 September 12, 2011, in the *Wall Street Journal*.

16     4.    Plaintiff proposes that publication be made as follows:

17         a.    One publication;
18         b.    Thirty (30) consecutive days;
19         c.    On the official internet government forfeiture site
20             www.forfeiture.gov;
21         d.    The publication is to include the following:
22             (1)    The Court and case number of the action;
23             (2)    The date of the seizure/posting;
24             (3)    The identity and/or description of the property
25 seized/posted;
26             (4)    The name and address of the attorney for the Plaintiff;
27             (5)    A statement that claims of persons entitled to possession
28 or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the

Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

      (6)    A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: December 14, 2011        BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Heather Mardel Jones
                                            HEATHER MARDEL JONES
                                            Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   December 14, 2011**                      /s/ **Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE