1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the United States

FILED

DEC 1 5 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-CV-01937-AWI-DLB |
| Plaintiff, ) | **ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |
| v. ) | |
| APPROXIMATELY $7,624.85 IN U.S. CURRENCY, ) | |
| APPROXIMATELY $6,099.37 IN U.S. CURRENCY SEIZED FROM RIVER CITY BANK ACCOUNT NUMBER 1810009790, and ) | |
| APPROXIMATELY $17,316.20 IN U.S CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 8123978010, ) | |
| Defendants. ) | |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on November 18, 2011, in the United States District Court for the Eastern District of California, alleging that approximately $7,624.85 in U.S. Currency (hereafter

1                                Order Regarding Clerk's Issuance of
                                 Warrant For Arrest of Articles *In Rem*

1  "defendant currency"), approximately $6,099.37 in U.S. Currency seized from River
2  City Bank account number 1810009790, and approximately $17,316.20 in U.S.
3  Currency seized from Wells Fargo Bank account number 8123978010 (hereafter
4  "defendant funds") are subject to forfeiture to the United States pursuant to 21
5  U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

6  And, the Court being satisfied that, based on the Verified Complaint for
7  Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special
8  Agent Christopher Coleman, there is probable cause to believe that the defendant
9  currency and defendant funds so described constitute property that is subject to
10 forfeiture for such violation(s), and that grounds for the issuance of a Warrant for
11 Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental
12 Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

13 IT IS HEREBY ORDERED that the Clerk for the United States District
14 Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In*
15 *Rem* for the defendant currency and defendant funds.

17 Dated: 12/14/2011

    DENNIS L. BECK
    United States Magistrate Judge