BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant U.S. Attorneys
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CV-01937-AWI-DLB |
| Plaintiff, | **STIPULATION AND ORDER STAYING ACTION** |
| v. | |
| APPROXIMATELY $7,624.85 IN U.S. CURRENCY, | |
| APPROXIMATELY $6,099.37 IN U.S. CURRENCY SEIZED FROM RIVER CITY BANK ACCOUNT NUMBER 1810009790, and | |
| APPROXIMATELY $17,316.20 IN U.S CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 8123978010, | |
| Defendants. | |

It is hereby stipulated by and between plaintiff United States of America and

Claimants Nancy Smith, Sara Herrin, and Jana Evans, by and through their

respective counsels, for the above-entitled forfeiture action, as follows:

      1.    Claimants Nancy Smith, Sara Herrin, and Jana Evans are presently

facing California state criminal charges in Tuolumne County Superior Court Case

Nos. CRF35561, CRF35562, and CRF35564, relating to transactions or events

1   which form the basis for this civil forfeiture action;

2   2. The parties recognize that proceeding with this action has potential

3   adverse affects on the prosecution of the related-criminal case and/or upon

4   claimants Nancy Smith, Sara Herrin, and Jana Evans' right against self-

5   incrimination in the related criminal case;

6   3. Publication of the civil forfeiture action has been completed and to date

7   only Nancy Smith, Sara Herrin, and Jana Evans, have filed claims or answers, or

8   otherwise appeared in this action, and the time for which any other persons or

9   entities to file a claim or answer has expired.

10   THEREFORE, the parties to this action stipulate as follows:

11   1. Pursuant to 18 U.S.C. § 981(g), these actions shall be stayed pending

12   the conclusion of the California state criminal action presently pending against

13   Nancy Smith, Sara Herrin, and Jana Evans in Tuolumne County Superior Court.

14   2. Within 90 days of the resolution of the state criminal cases against

15   Claimants [*The People v. Nancy Smith*, Case No. CRF35564; *The People v. Sara*

16   *Herrin*, Case No. CRF35561; and *The People v. Jana Evans*, Case No. CRF35562],

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

Stipulation and Order Staying Action

the parties will notify the Court.

IT IS SO STIPULATED.

Date: 9/17/2012                          BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/ Heather Mardel Jones
                                         HEATHER MARDEL JONES
                                         Assistant United States Attorney


Date: 9/14/2012                          /s/ Carolyn Hagin
                                         CAROLYN HAGIN
                                         Attorney for Claimants
                                         Nancy Smith, Sara Herrin,
                                         and Jana Evans

                                         (original signature retained by attorney)


IT IS SO ORDERED.

Dated:    September 18, 2012      _____
                                 CHIEF UNITED STATES DISTRICT JUDGE

Stipulation  and Order Staying Action